THIS OPINION HAS NO
PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

 

THE STATE OF SOUTH CAROLINA

In The Court of Appeals

 

 

__________

 

 
 
 The State,
 
 
 Respondent,
 
 

 

v.

 
 
 Brent Hill,
 
 
 Appellant.
 
 

 

__________

 

Appeal From Sumter County

 Ralph F. Cothran, Circuit Court Judge

__________

 

Unpublished Opinion No. 2010-UP-150

Submitted January 4, 2010  Filed February
23, 2010    

__________

 

APPEAL DISMISSED

__________

 

Appellate Defender M. Celia Robinson, of
Columbia, for Appellant.

 

Attorney General Henry Dargan McMaster, Chief
Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
Salley W. Elliott, all of Columbia; and Solicitor Cecil Kelly Jackson, of
Sumter, for Respondent.

 

 

PER CURIAM:  A jury found Brent Hill guilty of unlawful
conduct towards a child.  Hill argues the
trial judge erred in allowing the State to question a witness when the question
was asked and answered and the witness demonstrated prejudice towards Hill.  After a thorough review of the record and
counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967),
and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Hill's
appeal and grant counsel's motion to be relieved.[1]  

 

APPEAL DISMISSED.  

 

WILLIAMS, PIEPER, and
LOCKEMY, JJ., concur.

          

[1]
We decide this case without oral argument
pursuant to Rule 215, SCACR.